IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MICHAEL and KELLY YURCIC, | : | |
| Plaintiffs | : | CIVIL ACTION |
| v. | : | |
| | : | |
| PURDUE PHARMA, L.P., PURDUE PHARMA, | : | NO. 02-3737 |
| INC., PURDUE FREDERICK COMPANY, | : | |
| ABBOTT LABORATORIES, ABBOTT | : | |
| LABORATORIES, INC., MORTON RUBIN, | : | |
| M.D., and HOWARD R. CORBIN, M.D. | : | |
| Defendants | : | |

## NOTICE OF MOTION

Please be advised that Plaintiffs, Michael and Kelly Yurcic, by their undersigned counsel, has filed the Motion to Remand, pursuant to 28 U.S.C. §1447 with the Clerk of the United States District Court for the Eastern District of Pennsylvania on this      day of           , 2002.

ANAPOL, SCHWARTZ, WEISS,
  COHAN, FELDMAN & SMALLEY, P.C.


BY: _____
SOL H. WEISS, ESQUIRE
TRACY A. FINKEN, ESQUIRE
MARC S. STOLEE, ESQUIRE
Attorneys for Plaintiffs
I.D. Nos. 15925/82258/87983
1900 Delancey Place
Philadelphia, PA 19103
(215) 735-2098