IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MICHAEL and KELLY YURCIC, | : | |
| Plaintiffs | : | CIVIL ACTION |
| v. | : | |
| | : | |
| PURDUE PHARMA, L.P., PURDUE PHARMA, INC., PURDUE FREDERICK COMPANY, ABBOTT LABORATORIES, ABBOTT LABORATORIES, INC., MORTON RUBIN, M.D., and HOWARD R. CORBIN, M.D. | : | NO. 02-3737 |
| Defendants | : | |

## VERIFICATION

SOL H. WEISS, ESQUIRE, hereby states that he is the attorney for the Plaintiffs, Michael and Kelly Yurcic, in this action and verifies that the statements contained in the foregoing Plaintiff's Motion to Remand Pursuant to 28 U.S.C. § 1447, are true and correct to the best of his knowledge, information and belief.  The undersigned understands that the statements contained therein are made subject to the penalties of 18 Pa.C.S. § 4904, relating to unsworn falsification to authorities.

                                            ANAPOL, SCHWARTZ, WEISS,
                                              COHAN, FELDMAN & SMALLEY, P.C.

**BY:** _____
       SOL H. WEISS, ESQUIRE
       Attorney for Plaintiffs

**DATED:** _____