IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MICHAEL and KELLY YURCIC, | : | |
| Plaintiffs | : | CIVIL ACTION |
| v. | : | |
| | : | |
| PURDUE PHARMA, L.P., PURDUE PHARMA, INC., PURDUE FREDERICK COMPANY, ABBOTT LABORATORIES, ABBOTT LABORATORIES, INC., MORTON RUBIN, M.D., and HOWARD R. CORBIN, M.D. | : | NO. 02-3737 |
| Defendants | : | |

## CERTIFICATE OF SERVICE

I, SOL H. WEISS, ESQUIRE, hereby certify that on the date noted below I caused a true and correct copy of the foregoing Plaintiffs' **Motion to Remand** to be served by first-class mail, postage prepaid, upon the following:

Edward F. Mannino, Esquire
AKIN, GUMP, STRAUSS,
 HAUER & FELD, LLP
One Commerce Square
2005 Market Street, Suite 2200
Philadelphia, PA 19103

Joseph E. O'Neil, Esquire
LAVIN, COLEMAN, O'NEIL, RICCI
 FINARELLI & GRAY
510 Walnut Street, Suite 1000
Philadelphia, PA 19106

Allan H. Starr, Esquire
WHITE & WILLIAMS, LLP
1800 One Liberty Place
Philadelphia, PA 19103

Angelo L. Scaricamazza, Jr., Esquire
NAULTY, SCARICAMAZZA &
 McDEVITT
John F. Kennedy Blvd., Suite 1600
Philadelphia, PA 19103

       ANAPOL, SCHWARTZ, WEISS,
        COHAN, FELDMAN & SMALLEY, P.C.


BY: _____
   SOL H. WEISS, ESQUIRE
   Attorney for Plaintiffs

**DATED:** _____

Case 2:02-cv-03737-LDD     Document 8-5     Filed 07/02/2002     Page 2 of 2