IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MICHAEL and KELLY YURCIC, | : | |
| Plaintiffs | : | CIVIL ACTION |
| v. | : | |
| | : | |
| PURDUE PHARMA, L.P., PURDUE PHARMA, INC., PURDUE FREDERICK COMPANY, ABBOTT LABORATORIES, ABBOTT LABORATORIES, INC., MORTON RUBIN, M.D., and HOWARD R. CORBIN, M.D. | : | NO. 02-3737 |
| Defendants | : | |

## ORDER

**AND** NOW, to wit, this          day of                    , 2002, upon consideration of Plaintiffs' Motion For Remand and Plaintiffs' Memorandum Of Law In Support Of Motion For Remand, and any responses thereto, it is hereby **ORDERED** and **DECREED** that Plaintiffs' Motion is **Granted** and this case is hereby **REMANDED** to the Court of Common Pleas of Philadelphia County.

BY THE COURT:

_____
                                                                J.