IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

MICHAEL and KELLY YURCIC,

                Plaintiffs,

    v.

PURDUE PHARMA, L.P.,
PURDUE PHARMA, INC.,
PURDUE FREDERICK COMPANY,
ABBOTT LABORATORIES,
ABBOTT LABORATORIES, INC.,
MORTON RUBIN, M.D., and
HOWARD R. CORBIN, M.D.,

                Defendants.

Case No. 02-3737

## **ORDER**

AND NOW, this _____ day of _____, 2002, upon consideration of Plaintiffs' Motion to Remand and Defendants' oppositions thereto, it is hereby ORDERED that Plaintiffs' Motion is DENIED.

 

_____
                                                         Kauffman, J.