UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHAEL and KELLY YURCIC : | |
| : | |
| Plaintiffs, : | |
| : | Case No. 02-CV-3737 |
| vs. : | |
| : | |
| PURDUE PHARMA, L.P., PURDUE : | |
| PHARMA, INC., PURDUE FREDERICK : | JURY TRIAL DEMANDED |
| COMPANY and ABBOTT : | |
| LABORATORIES, ABBOTT : | |
| LABORATORIES, INC. and : | |
| MORTON RUBIN, M.D. and : | |
| HOWARD R. CORBIN, M.D. : | |
| : | |
| Defendants. : | |

**RESPONSE OF ABBOTT LABORATORIES AND ABBOTT LABORATORIES, INC. JOINING IN THE MOTION FILED BY DEFENDANTS, PURDUE PHARMA, L.P., PURDUE PHARMA, INC. AND PURDUE FREDERICK COMPANY TO TRANSFER VENUE PURSUANT TO TITLE 28 U.S.C. § 1404(a)**

Defendants, Abbott Laboratories and Abbott Laboratories, Inc. (hereinafter collectively referred to as "Abbott"), hereby join in the Motion to Transfer Venue Pursuant to Title 28 U.S.C. § 1404(a) filed by Purdue Pharma, L.P., Purdue Pharma, Inc. and Purdue Frederick Company (hereinafter collectively referred to as "Purdue"), and in addition state as follows.

1. Plaintiffs filed a Complaint against Purdue, Abbott, Morton Rubin, M.D. and Howard R. Cohen, M.D. alleging various theories of negligence, breach of express warranty, fraud and medical malpractice in connection with OxyContin® , a federally-approved opioid prescription pain medication.

2. At all times relevant to this case, Drs. Rubin and Cohen maintained medical practices

in Mechanicsburg, Pennsylvania, which is located in the Middle District of Pennsylvania.

3. Robert D. Satterlee is the Area Sales Director for Area J for the Hospital Products Division of Abbott Laboratories, which includes the territory of Harrisburg, Pennsylvania. An Affidavit of Robert D. Satterlee is attached hereto at Exhibit A.

4. No Abbott sales representatives from the Eastern District of Pennsylvania promoted OxyContin® to Drs. Rubin and Cohen. *See* Exhibit A.

5. Accordingly, for the reasons stated in Purdue's Motion to Transfer Venue and those stated above, it would be more convenient for all parties and witnesses if this case were transferred to the Middle District of Pennsylvania.

Respectfully submitted,

**LAVIN, COLEMAN, O'NEIL, RICCI, FINARELLI & GRAY**

BY: _____
Joseph E. O'Neil, Esquire
**Attorneys for Defendants,
Abbott Laboratories and
Abbott Laboratories, Inc.**

DATED: _____

**Of Counsel:**

Paul F. Strain
Elizabeth C. Honeywell
Venable, Baetjer and Howard, LLP
1800 Mercantile Bank & Trust Building
2 Hopkins Plaza
Baltimore, Maryland 21201-2978
410-244-7400
410-244-7742 (fax)

**CERTIFICATE OF SERVICE**

    I, Joseph E. O'Neil, Esquire, hereby certify that a copy of the foregoing Response of Abbott Laboratories and Abbott Laboratories, Inc. Joining in the Motion Filed by Defendants, Purdue Pharma, L.P., Purdue Pharma, Inc. and Purdue Frederick Company to Transfer Venue Pursuant to Title 28 U.S.C. § 1404(a) was mailed to the following by first class mail, postage prepaid, this _____ day of _____, 2002:

    Sol H. Weiss, Esquire
    Marc Stolee, Esquire
    Anapol, Schwartz, Weiss, Cohan,
    Feldman & Smalley, P.C.
    1900 Delancey Place
    Philadelphia, PA 19103

    Allan H. Starr, Equire
    Stephen Paul, Esquire
    White & Williams, LLP
    1800 One Liberty Place
    Philadelphia, PA 19103-7395

    Angelo L. Scaricamazza, Jr., Esquire
    Kenneth S. Fair, Esquire
    McNulty, Scaricamazza & McDevitt, Ltd.
    One Penn Center, Suite 1600
    1617 John F. Kennedy Boulevard
    Philadelphia, PA 19103

    Edward F. Mannino, Esquire
    Jason A. Snyderman, Esquire
    Akin, Gump, Strauss, Hauer & Feld, LLP
    One Commerce Square
    2005 Market Street, Ste. 2200
    Philadelphia, PA 19103

    _____
    Joseph E. O'Neil, Esquire