**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| MICHAEL and KELLY YURCIC, | : | |
| | : | |
| Plaintiffs', | : | |
| | : | Case No. 02-CV-3737 |
| v. | : | |
| | : | |
| PURDUE PHARMA, L.P., PURDUE PHARMA, INC., PURDUE FREDERICK COMPANY, ABBOTT LABORATORIES, ABBOTT LABORATORIES, INC., MORTON RUBIN, M.D., and HOWARD R. CORBIN, M.D., | : | |
| | : | |
| Defendants. | : | |

## ORDER

AND NOW, this ____ day of _____, 2002, upon consideration of Plaintiffs' Motion For Remand and Defendants' Oppositions thereto, it is hereby ordered that Plaintiffs' Motion is DENIED.

_____ J.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHAEL and KELLY YURCIC,<br><br>Plaintiffs',<br><br>v.<br><br>PURDUE PHARMA, L.P., PURDUE PHARMA, INC., PURDUE FREDERICK COMPANY, ABBOTT LABORATORIES, ABBOTT LABORATORIES, INC., MORTON RUBIN, M.D., and HOWARD R. CORBIN, M.D.,<br><br>Defendants. | :<br>:<br>:<br>:<br>: Case No. 02-CV-3737<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

**PRAECIPE TO ATTACH PURDUE'S RESPONSE TO PLAINTIFFS' MOTION FOR REMAND AND PROPOSED ORDER TO DEFENDANTS' JOINT MEMORANDUM OF LAW IN <u>OPPOSITION TO PLAINTIFFS' MOTION FOR REMAND</u>**

**TO THE CLERK:**

Kindly attach The Purdue Defendants' Response to Plaintiffs' Motion for Remand and Proposed Order of Court, attached hereto as Exhibits "A" and "B" respectively, to the Joint Memorandum of Law in Opposition to Plaintiffs' Motion for Remand filed on July 16, 2002.

Respectfully submitted,

AKIN, GUMP, STRAUSS, HAUER & FELD, L.L.P.

By_____
　　Edward F. Mannino (Atty. I.D. #04504)
　　David L. Comerford (Atty. I.D. #65969)
　　Katherine Menapace (Atty. I.D. #80395)
　　Jason A. Snyderman (Atty. I.D. #80239)
　　One Commerce Square
　　2005 Market Street, Suite 2200
　　Philadelphia, Pennsylvania 19103
　　(215) 965-1200

　　Attorneys for Defendants, Purdue Pharma L.P.
　　Purdue Pharma Inc., The Purdue Frederick Company

**CERTIFICATE OF SERVICE**

I, Jason A. Snyderman, Esquire, hereby certify that a copy of the foregoing Praecipe to Attach the Purdue Defendants' Response to Plaintiffs' Motion for Remand and Proposed Order was served via hand delivery to the following this 6th day of August, 2002:

Sol H. Weiss, Esquire
Marc Stolee, Esquire
Anapol, Schwartz, Weiss, Cohan,
Feldman & Smalley, P.C.
1900 Delancey Place
Philadelphia, PA  19103

Joseph E. O'Neil, Esquire
Lavin, Coleman, O'Neil, Ricci
Finarelli & Gray
510 Walnut Street, Suite 1000
Philadelphia, PA 19106

Allan H. Starr, Esquire
Stephan R. Paul, Esquire
White & Williams, LLP
1800 One Liberty Place
Philadelphia, PA 19103

Kenneth Fair, Esquire
Naulty, Scaricamazza & McDevitt
Suite 1600 John F. Kennedy Blvd.
Philadelphia, PA  19103

_____
Jason A. Snyderman