UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHAEL and KELLY YURCIC | : |
| Plaintiffs, | : |
| | : Case No. 02-CV-3737 |
| vs. | : |
| PURDUE PHARMA, L.P., PURDUE PHARMA, INC., PURDUE FREDERICK COMPANY and ABBOTT LABORATORIES, ABBOTT LABORATORIES, INC. and MORTON RUBIN, M.D. and HOWARD R. CORBIN, M.D. | : JURY TRIAL DEMANDED |
| Defendants. | : |

**MOTION OF ABBOTT LABORATORIES AND ABBOTT LABORATORIES, INC.
PURSUANT TO LOCAL RULE 83.5.2 FOR ADMISSION OF
<u>ELIZABETH C. HONEYWELL TO THE BAR OF THIS COURT *PRO HAC VICE*</u>**

The UNDERSIGNED, Joseph E. O'Neil, pursuant to E.D.Pa. LR 83.5.2, and as a member of the Bar of the United States District Court for the Eastern District of Pennsylvania, respectfully moves that Elizabeth C. Honeywell, an attorney with the firm of Venable, Baetjer and Howard, LLP, 1800 Mercantile Bank & Trust Building, 2 Hopkins Plaza, Baltimore, Maryland 21201-2978, be admitted to appear and practice in this Court in the instant case as counsel *pro hac vi*ce for defendants, Abbott Laboratories and Abbott Laboratories, Inc. In support of this motion I state:

1. Ms. Honeywell is admitted to practice before:

   Supreme Court of Pennsylvania (1978)
   Court of Appeals of Maryland (1982)
   District of Columbia Court of Appeals (1999)
   United States District Court for the Middle District of Pennsylvania (1979)
   United States District Court for the District of Maryland (1983)

>United States Court of Appeals for the 4th Circuit (1984)
>United States Court of Appeals for the 3rd Circuit (1995)
>United States Court of Appeals for the 2nd Circuit (1996)
>United States Court of Appeals for the 11th Circuit (1998)

2. Ms. Honeywell has elected inactive status in Pennsylvania. She is not currently under any order of disbarment, suspension, or any other discipline.

3. Ms. Honeywell is a member of the Bar in good standing in every jurisdiction in which she has been admitted to practice.

4. There are no disciplinary proceedings pending against Ms. Honeywell as a member of the Bar in any jurisdiction.

5. I certify that I know that the applicant is a member in good standing of the Bar of the Supreme Court of the Commonwealth of Pennsylvania and that the applicant's private and professional character is good.

WHEREFORE, defendants, Abbott Laboratories and Abbott Laboratories, Inc., respectfully request that Elizabeth C. Honeywell, Esquire be admitted to the bar of this Court *pro hac vice* so that she may fully participate in this litigation as counsel for defendants, Abbott Laboratories and Abbott Laboratories, Inc.

>Respectfully submitted,
>
>**LAVIN, COLEMAN, O'NEIL, RICCI, FINARELLI & GRAY**
>
>BY: _____
>Joseph E. O'Neil, Esquire
>**Attorneys for Defendants,**
>**Abbott Laboratories and**
>**Abbott Laboratories, Inc.**

DATED: _____

## CERTIFICATE OF ELIZABETH C. HONEYWELL

I, Elizabeth C. Honeywell, an attorney with the firm of Venable, Baetjer and Howard, LLP, 1800 Mercantile Bank & Trust Building, 2 Hopkins Plaza, Baltimore, Maryland 21201-2978, hereby certify, under penalties of perjury that:

1. I am admitted to practice before:

    Supreme Court of Pennsylvania (1978)
    Court of Appeals of Maryland (1982)
    District of Columbia Court of Appeals (1999)
    United States District Court for the Middle District of Pennsylvania (1979)
    United States District Court for the District of Maryland (1983)
    United States Court of Appeals for the 4th Circuit (1984)
    United States Court of Appeals for the 3rd Circuit (1995)
    United States Court of Appeals for the 2nd Circuit (1996)
    United States Court of Appeals for the 11th Circuit (1998)

2. I have elected inactive status in Pennsylvania. I am not currently under any order of disbarment, suspension, or any other discipline.

3. I am a member of the Bar in good standing in every jurisdiction where I have been admitted to practice.

4. There are no disciplinary proceedings pending against me as a member of the Bar in any jurisdiction.

Under penalties of perjury, this _____ day of August, 2002.

                                          _____
                                          Elizabeth C. Honeywell (Pa. Id. No. 27750)
                                          Venable, Baetjer and Howard, LLP
                                          1800 Mercantile Bank & Trust Building
                                          2 Hopkins Plaza
                                          Baltimore, MD 21201-2978
                                          (410) 244-7400
                                          (410 244-7742 (FAX)

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHAEL and KELLY YURCIC : <br> : <br> Plaintiffs, : <br> : <br> vs. : <br> : <br> PURDUE PHARMA, L.P., PURDUE : <br> PHARMA, INC., PURDUE FREDERICK : <br> COMPANY and ABBOTT : <br> LABORATORIES, ABBOTT : <br> LABORATORIES, INC. and : <br> MORTON RUBIN, M.D. and : <br> HOWARD R. CORBIN, M.D. : <br> : <br> Defendants. : | Case No. 02-CV-3737 <br><br> JURY TRIAL DEMANDED |

## **ORDER**

AND NOW, this _____ day of _____, 2002, upon consideration of the Motion to admit Elizabeth C. Honeywell as counsel *pro hac vice* for defendants, Abbott Laboratories and Abbott Laboratories, Inc., in the above-captioned matter, it is hereby ORDERED that the motion is GRANTED.  Elizabeth C. Honeywell is admitted in this case as counsel *pro hac vice* for Abbott Laboratories and Abbott Laboratories, Inc.

_____
The Honorable Legrome Davis
U.S. District Judge

# CERTIFICATE OF SERVICE

I, Joseph E. O'Neil, Esquire, hereby certify that a copy of the foregoing Motion of Abbott Laboratories and Abbott Laboratories, Inc. Pursuant to Local Rule 83.5.2 for Admission of Elizabeth C. Honeywell to the Bar of this Court *Pro Hac Vice* was mailed to the following by first class mail, postage prepaid, this _____ day of _____, 2002:

Sol H. Weiss, Esquire
Marc Stolee, Esquire
Anapol, Schwartz, Weiss, Cohan,
Feldman & Smalley, P.C.
1900 Delancey Place
Philadelphia, PA 19103

Allan H. Starr, Equire
Stephen Paul, Esquire
White & Williams, LLP
1800 One Liberty Place
Philadelphia, PA 19103-7395

Angelo L. Scaricamazza, Jr., Esquire
Kenneth S. Fair, Esquire
McNulty, Scaricamazza & McDevitt, Ltd.
One Penn Center, Suite 1600
1617 John F. Kennedy Boulevard
Philadelphia, PA 19103

Edward F. Mannino, Esquire
Jason A. Snyderman, Esquire
Akin, Gump, Strauss, Hauer & Feld, LLP
One Commerce Square
2005 Market Street, Ste. 2200
Philadelphia, PA 19103

_____
Joseph E. O'Neil, Esquire