IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MICHAEL and KELLY YURCIC | : | CIVIL ACTION |
|     Plaintiffs, | : | |
|     v. | : | |
| | : | |
| PURDUE PHARMA, L.P., PURDUE | : | NO. 02-cv-3737 |
| PHARMA, INC., PURDUE FREDERICK | | |
| COMPANY and ABBOTT LABORATORIES, | | |
| ABBOTT LABORATORIES, INC. and | | |
| MORTON RUBIN, M.D. and HOWARD R. | | |
| CORBIN, M.D. | | |
|     Defendants. | | |

## O R D E R

AND NOW, this    day of August, 2002, upon consideration of the Motion for Admission *Pro Hac Vice* of Elizabeth C. Honeywell, Esquire, **IT IS ORDERED** that the Motion is **GRANTED** and that Elizabeth C. Honeywell, Esquire is admitted *pro hac vice* for the purpose of representing Defendants Abbott Laboratories and Abbott Laboratories, Inc.

 

_____
Legrome D. Davis, Judge

civil-o.frm (9/97)