IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MICHAEL and KELLY YURCIC, | : | |
| | : | |
| Plaintiffs. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | NO. 02-cv-3737 |
| PURDUE PHARMA, L.P., PURDUE PHARMA, INC., PURDUE FREDERICK COMPANY, ABBOTT LABORATORIES, ABBOTT LABORATORIES, INC., MORTON RUBIN, M.D., and HOWARD R. COHEN, M.D., | : | |
| | : | |
| Defendants. | : | |

**O R D E R**

AND NOW, this     day of December, 2002, upon consideration of the Motion for Reconsideration filed by Plaintiffs Michael and Kelly Yurcic on November 22, 2002, requesting that this Court reconsider the Order filed in this matter on November 8, 2002, it is hereby ORDERED and DECREED that the Motion is DENIED. The Clerk of Court is advised that this matter remains closed for statistical purposes.

BY THE COURT:

Legrome D. Davis